UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIA BONNER, as Administrator of the Estate of SYLVESTER BONNER, Jr., Deceased, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL O'TOOLE, UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, <br><br> Defendants. | ) ) ) ) ) ) Case No. 12 C 0981 ) ) Judge Manish S. Shah ) ) ) ) ) |

**PLAINTIFF'S MOTION FOR JUDGMENT ON PLAINTIFF'S BILL OF COSTS**

Plaintiff, Julia Bonner, as Administrator of the Estate of Sylvester Bonner, Jr., Deceased, by and through her attorneys, Irene K. Dymkar, Torreya L. Hamilton, and Shamoyita M. DasGupta, hereby moves this Court to enter judgment on plaintiff's Bill of Costs. In support thereof, she states:

1. This action was commenced by the filing of a complaint alleging a cause of action under the Civil Rights Act of 1871 (42 U.S.C. §1983), to redress deprivations of the civil rights of plaintiff through acts and/or omissions of defendant committed under color of law.

2. This case proceeded to trial on September 18, 2018.

3. Judgment was entered in plaintiff's favor on September 21, 2018. As the prevailing party, plaintiff is entitled to costs.

4. Plaintiff filed her Bill of Costs for a total amount of $17,460.88 on October 19, 2018. *See Doc. 496.*

5. Plaintiff hereby requests that this Court enter judgment on plaintiff's Bill of Costs.

WHEREFORE, plaintiff, JULIA BONNER, as Administrator of the Estate of Sylvester Bonner, Jr., Deceased, respectfully requests that this Court enter judgment on plaintiff's Bill of Costs in the amount of $17,460.88.

Dated: October 19, 2018 /s/ Shamoyita M. DasGupta
Shamoyita M. DasGupta

Plaintiff's Attorneys:
Irene K. Dymkar
Shamoyita M. DasGupta
Law Offices of Irene K. Dymkar
53 West Jackson, Suite 733
Chicago, IL 60604-3462
(312) 345-0123